**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00475-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MATTHEW MARRE,

     Defendant.

---

## MINUTE ORDER[1]

---

At the oral request of the parties, the change of plea hearing set for January 18, 2012, is **VACATED** and is **CONTINUED** to **April 6, 2012**, at 10:00 a.m.

Dated:  December 21, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.