**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00475-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MARRE,

    Defendant.

---

**MINUTE ORDER**[1]

---

        The matter is before the court *sua sponte*. This case is set for a change of plea on April 6, 2012. A Trial Preparation Conference is set for January 19, 2012, and the jury trial is set to commence January 23, 2012. The court has concluded that due to the change of plea hearing being set after the Trial Preparation Conference and jury trial, both the Trial Preparation conference and jury trial should be vacated and continued pending further order of court, if necessary.

        **THEREFORE, IT IS ORDERED** that the Trial Preparation Conference set for January 19, 2012, and the jury trial set to commence January 23, 2012, are **VACATED** and are **CONTINUED** pending further order of court, if necessary.

        Dated: January 12, 2012

---

        [1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.