**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00475-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MARRE,

    Defendant.

**MINUTE ORDER**[1]

Due to a conflict arising on the court's calendar, the sentencing hearing set for August 17, 2012, is **VACATED** and is **RESET** to **August 10, 2012**, at 11:00 a.m.

Dated: May 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.