**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00475-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW MARRE,

    Defendant,

and

STEEL HUGGERS, INC.,

    Garnishee.

## GARNISHEE ORDER

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion for Entry of Garnishee Order** [#75][1] filed February 21, 2016. After careful review of the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Entry of Garnishee Order** is granted;

2. That each pay period the Garnishee, Steel Huggers, Inc., shall pay 10% of Defendant's disposable wages to the United States and shall continue said payments

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this court;

    3. That any remittance shall be made payable to Clerk, U.S. District Court and mailed to

> Clerk, U.S. District Court
> 901 19th Street, Suite A-105
> Denver, CO 80294; and

    4. That the following information shall be included on each check:

| | |
|---|---|
| Name of Defendant: | Matthew Marre |
| Court Number: | 11-cr-00475-REB |

Dated February 21, 2017, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge